**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JOHN FOX and BARBARA FOX,<br>Plaintiffs,<br><br>v.<br><br>COUNTRY FINANCIAL INSURANCE COMPANY,<br>Defendant. | Case No: 5:17-cv-1228 SLP |

# NOTICE OF SUBPOENA DUCES TECUM

Pursuant to Fed. R. Civ. P. 45 and LCvR 45.1, Plaintiffs issued a Subpoena Duces Tecum to the following party on the 29th day of August, 2018:

| NAME | DATE FOR PRODUCTION |
|---|---|
| Rimkus Consulting Group<br>609 S Kelly Avenue, Suite C-1<br>Edmond, OK 73003 | September 12, 2018 at 10:00 a.m. |

PLEASE TAKE NOTICE that said witness has been requested to produce and permit the inspection and copying of the documents listed on the Subpoena issued. A copy of the Subpoena issued is attached hereto as Exhibit 1.

**MANSELL ENGEL & COLE**

By: s/M. Adam Engel
Steven S. Mansell, OBA #10584
Mark A. Engel, OBA #10796
Kenneth G. Cole, OBA #11792
M. Adam Engel, OBA #32384
204 N. Robinson Avenue, 21st Floor
Oklahoma City, OK 73102-7001
T: (405) 232-4100 ** F: (405) 232-4140
**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 29, 2018, the foregoing document was filed electronically through this Court's ECF System and that it will be sent electronically to the following, who are registered participants in, and who will receive service via this Court's ECF System:

Michael J. Masterson (mike.masterson@wilburnmasterson.com)
David R. Fleury (david.fleury@wilburnmasterson.com)
Kaelyn R. Shirey (Kaelyn.shirey@wilburnmasterson.com)

**ATTORNEYS FOR DEFENDANT –
COUNTRY FINANCIAL INSURANCE COMPANY**

s/M. Adam Engel